UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                               :

DENISE CRUMWELL,                      :

                         Plaintiff,       :

                                           :           21-CV-9378 (VSB)

               -against-            :

                                           :                **ORDER**

LOVE WELLNESS,                     :

                                    :

                       Defendant.   :

                                               :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       Plaintiff filed this action on November 12, 2021.  (Doc. 1).  Plaintiff filed an affidavit of

service indicating that Defendant was served on December 2, 2021.  (Doc. 6.)  The deadline for

Defendant to respond to Plaintiff's complaint was December 23, 2021.  (*See id.*)   Defendant

never responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.

Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance

with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 21,

2022.  If Plaintiff fails to do so or otherwise demonstrates that she does not intend to prosecute, I

will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     January 3, 2022
             New York, New York

                                           _____
                                           VERNON S. BRODERICK
                                           United States District Judge